[No. 16062-5-II.    Division Two.    June 3, 1994.]

*In the Matter of the Marriage of* CLIFTON R. PHILLIPS, *Appellant, and* LAURA G. TRACHT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-3-00990-1, Arthur W. Verharen, J., entered

May 18, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.